Law Offices
DeGRADO LAW, LLC
250 MOONACHIE ROAD, SUITE 200
MOONACHIE, NJ 07074
(201) 678-9007
Joanna Wierzbicka, Esq.
Attorneys for Plaintiff(s)

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

OMOROUBIY EWEKA

     Plaintiff,

v.

COSTCO   WHOLESALE
CORPORATION, RG UNION LLC,
JOHN DOES (1-10), et als.,

     Defendants.

CIVIL ACTION

CASE NO.: 2:22-cv-05916-EP-ESK

**STIPULATION TO REMAND
REMOVED ACTION**

   The Plaintiff, OMOROUBIY EWEKA, and the defendant, COSTCO WHOLESALE

CORPORATION, hereby stipulate and agree to the remand of this action to the New Jersey

Superior Court, Essex County.

Dated: November 30, 2022

DeGRADO LAW, LLC

By: _____
  Joanna Wierzbicka, Esq.
  Attorneys for Plaintiff

Dated: November 30, 2022

WEINER LAW GROUP, LLP

By: _____
  Andrew Stern, Esq.
  Attorneys for Defendant

SO ORDERED

 s/Evelyn Padin
Evelyn Padin, U.S.D.J.

Date: 12/1/2022