# UNITED STATES DISTRICT COURT
## FOR THE District of New Jersey [LIVE]
### U.S. District Court for the District of New Jersey

OMOROUBIY EWEKA

                          Plaintiff,

v.                                      Case No.:
                                        2:22–cv–05916–EP–ESK
                                        Judge Evelyn Padin

COSTCO WHOLESALE
CORPORATION, et al.

                          Defendant.


Clerk, Superior Court of New Jersey
Essex County Veterans Courthouse
50 West Market Street
Newark, NJ 07102

State No: ESX–L–1765 22

**Dear Clerk of Court:**

   Enclosed please find a certified copy of the Order remanding the above entitled matter to your Court.

                                            Very truly yours,

                                            William T. Walsh, Clerk
                                            By Deputy Clerk, qa

encl.
cc: All Counsel